BERG took no part in the consideration or decision of these motions. *J. Albert Woll, Robert C. Mayer, Theodore J. St. Antoine, Thomas E. Harris, Joseph L. Rauh, Jr., John Silard* and *Harold A. Cranefield* on the motions. *Bernard B. Weksler* for respondents in No. 368 in opposition to the motion for leave to argue as *amici curiae*.

No. 464. UNITED STATES *v.* MUNIZ ET AL. Certiorari, 371 U. S. 919, to the United States Court of Appeals for the Second Circuit. The motion of respondents to remove the case from the summary calendar is granted. *John J. Abt* on the motion. *Solicitor General Cox* filed a memorandum for the United States in response to the motion.

No. 690, Misc. HAWKINS *v.* UNITED STATES. (Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit and for other relief denied, *ante,* p. 924.) The application to recall order denying petition for writ of certiorari and for other relief presented to MR. JUSTICE BLACK, and by him referred to the Court, is denied.

No. 729, Misc. DITSON *v.* CALIFORNIA, 371 U. S. 541. Upon petition by the State of California for rehearing or clarification, the opinion of this Court entered on January 14, 1963, in this case is withdrawn and, upon the prior suggestion of mootness, the petition for writ of certiorari to the Supreme Court of California is dismissed.

No. 641. MEEKER ET UX. *v.* AMBASSADOR OIL CORP. C. A. 10th Cir. Certiorari granted. *R. F. Deacon Arledge* for petitioners. *Vivian Diffendaffer* for respondent.